**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-2099

LUIS JANER RULLAN,

Creditor - Appellant,

and

GEORGE WILLIAM LIEBMANN,

Trustee - Appellant,

v.

JILL K. GODEN,

Debtor - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, Senior District Judge.  (1:21-cv-02887-CCB; 1:21-cv-03170-CCB; 1:21-cv-03171-CCB)

Submitted:  July 25, 2023                          Decided:  July 27, 2023

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

George W. Liebmann, Sr., Appellant Pro Se.  Peter C. Choharis, CHOHARIS LAW GROUP, PLLC, Washington, D.C., for Appellant Luis Janer Rullan.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luis Janer Rullan and George William Liebmann appeal from the district court's order affirming the bankruptcy court's orders dismissing Jill K. Goden's Chapter 7 bankruptcy case, denying Rullan's motion for sanctions, and denying as moot Liebmann's pending motions. We have reviewed the record and find no reversible error and no abuse of discretion. Accordingly, we affirm the district court's order. *Rullan v. Goden*, Nos. 1:21-cv-02887-CCB; 1:21-cv-03170-CCB; 1:21-cv-03171-CCB (D. Md. Sept. 21, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*